UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>　　　　Defendants. | CASE No. 1:13-cv-01511-AWI-MJS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 11) |

　　　　Plaintiff Zane Hubbard is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On May 27, 2014, Plaintiff's First Amended Complaint was screened and dismissed, with leave to amend, for failure to state a cognizable claim. (ECF No. 10.) Plaintiff's was given leave to file an amended pleading by not later than June 27, 2014. (Id.) The deadline passed without Plaintiff filing an amended complaint or a request for an extension of time to do so.

　　　　On July 8, 2014, the Court ordered Plaintiff to show cause within fourteen days why his case should not be dismissed for failure to comply with the Court's order and failure to state a claim. (ECF No. 11.) On June 18, 2014, Plaintiff filed his amended complaint and explained that he failed to meet the deadline because he is still learning how to prosecute his claims and is managing several civil actions at once. (ECF No.

1

12.)

Accordingly, for good cause shown IT IS HEREBY ORDERED that the July 8, 2014 Order to Show Cause (ECF No. 11) is discharged.

IT IS SO ORDERED.

Dated: July 21, 2014          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE